# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 28, 2023

## NO. 03-22-00732-CV

**Larry Patterson, Appellant**

**v.**

**Guaranty Abstract & Title Company of San Angelo, Appellee**

**APPEAL FROM THE 340TH DISTRICT COURT OF TOM GREEN COUNTY
BEFORE JUSTICES BAKER, SMITH, AND JONES
DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE SMITH**

This is an appeal from the judgment signed by the trial court on October 18, 2022. The parties have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.